Barbara A. Smart, Esq. SBN: 147719
Smart Legal Services
Barbara A. Smart
22693 Hesperian Blvd., Ste. 210
Hayward, CA 94541

Tel: 510-670-0101
Fax: 510-783-1645

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

**YVONNE BROWN**

Debtors.

Case No.: **10-70191**
Chapter 13

**MOTION TO VALUE COLLATERAL AND TO STRIP LIENS; MEMORANDUM OF POINTS AND AUTHORITIES.**

TO HONORABLE JUDGE RANDALL J. NEWSOME, UNITED STATES BANKRUPTCY COURT:

**MOTION TO VALUE COLLATERAL AND STRIP LIEN**

Please take notice that the debtor herein, YVONNE BROWN, moves the Court for an Order valuing her primary residence, commonly known as, and located at: 6941 OUTLOOK AVE. OAKLAND CA 94605 so as to strip the lien of second mortgage creditor, JP MORGAN CHASE BANK, on the grounds that JP MORGAN CHASE BANK's claim on the second mortgage is not a fully secured claim within the meaning of 11 United States Code ("USC") 506.

This Motion is based upon the Notice filed herewith; the Memorandum of Points and Authorities attached hereto; Declaration of Debtors, YVONNE BROWN, as well as upon any oral or documentary evidence as may be presented at any hearing of the motion.

1. The Debtors, YVONNE BROWN, ("Debtors"), commenced this action on September 3, 2010.

2. Debtor's primary residence, commonly known as, and located at: 6941 OUTLOOK AVE. OAKLAND CA 94605 was among Debtors assets at the commencement of this case (the "Property").

3. Creditor WELLS FARGO BANK FKA: WACHOVIA has a consensual lien claim for a first mortgage in the principal amount of $381,772.09 ("First Mortgage") which was recorded on or about 2006, in the County where the Property is located.

4. Creditor, JP MORGAN CHASE BANK, also has a consensual lien claim for a second mortgage in the principal amount of $42,531.00 ("Second Mortgage") which was recorded on or about 2007, in the County where the Property is located.

5. The value of the Property at the commencement of the case was $317,000.00, as reflected in the Declaration of Debtors, filed herewith.

6. The First Mortgage with WELLS FARGO BANK FKA: WACHOVIA totals $381,772.09, well over the $317,000.00 value of the Property at the commencement of this case.

7. The total amount of the Second Mortgage of JP MORGAN CHASE BANK is $42,531.00 the entire amount of which is unsecured by the Property.

8. This matter is governed by Bankruptcy Local Rule 9014-1(b)(3) Objections and/or requests for a hearing, if any, as to the above proposed Motion must be: be filed with

Motion to Value Collateral and Strip Lien;

the Clerk of the Court, located at 1300 Clay St. Suite 300 Oakland CA 94612 and be served upon Debtor's counsel, Barbara A. Smart, Esq. 22693 Hesperian Blvd., Suite 210, Hayward, CA 94541; and (2) accompanied by any Declarations and/or Memorandum of Law that the requesting party wishes to present in support of its position, not later than twenty – one (21) days from the date of service of this Motion and accompanying Notice. If a request for hearing is timely made, the initiating party shall timely set the matter for a hearing and give at least seven (7) days written Notice of the date of the hearing to the debtor, Barbara A. Smart, Esq. 22693 Hesperian Blvd., Suite 210, Hayward, CA 94541. If a Request is not timely made, the Court may enter an Order Approving the Motion to Value Collateral and Strip Lien by Default.

Dated: October 21, 2009

/s/ *Barbara A. Smart, Esq.*
Barbara A. Smart, Esq.
Attorney for Debtor

Motion to Value Collateral and Strip Lien;

## MEMORANDUM OF POINTS AND AUTHORITIES

Pursuant to 11 USC §506(a), there are two (2) loans regarding the Property: (1) WELLS FARGO BANK FKA: WACHOVIA a secured loan regarding the Property based on the First Mortgage; and (2) JP MORGAN CHASE BANK an unsecured claim regarding the Property based on the Second Mortgage, since the value of the Property is significantly less than the First Mortgage.

### A. First Mortgage – First Mortgage with WELLS FARGO BANK FKA: WACHOVIA

In Debtor's Petition, Schedule "D", the first mortgage with WELLS FARGO BANK FKA: WACHOVIA is listed at $381,772.09 and the value of the Property is listed at $317,000.00.

### B. Second Mortgage – Second Mortgage with JP MORGAN CHASE BANK

In the Debtor's Petition, Schedule "D", JP MORGAN CHASE BANK's Second Deed of Trust is listed as $42,531.00 and is wholly unsecured by the Property as the value of the Property is less significantly that the First Mortgage. The Second Mortgage may be stripped from the Property in its entirety, in conformity with the ruling of *Zimmer v. PSB Lending Corporation* (In RE: Zimmer) 313 F3d 1220 (9th Cir. 2002).

### CONCLUSION

Debtor prays the Court to determine that the JP MORGAN CHASE BANK's Second Deed of Trust (Second Mortgage) in the amount of $42,531.00 is unsecured within the meaning of 11 USC §506(a) and that the unsecured Lien be declared null and void as to the Property described above, effective upon completion of Debtors' Chapter 13 plan.

Dated: October 21, 2009

SMART LEGAL SERVICES

*/s/ Barbara A. Smart, Esq.*
Barbara A. Smart, Esq.
Attorney for Debtors