

**Signed: December 17, 2010**

```
_____
        RANDALL J. NEWSOME
        U.S. Bankruptcy Judge
_____
```

SMART LEGAL SERVICES
Barbara A. Smart, Esq. SBN: 147719
Barbara A. Smart
22693 Hesperian Blvd., Ste. 210
Hayward, CA 94541

Tel: 510-670-0101
Fax: 510-783-1645

Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

**YVONNE BROWN**

Debtors.

Case No.: **10-70191**
Chapter 13

**ORDER VALUING LIEN OF JP MORGAN CHASE BANK FINANCE**

On October 21, 2010, Debtor filed a Motion to Value the Lien of JP MORGAN CHASE BANK (Lienholder) against the property commonly known as 6941 OUTLOOK AVE. OAKLAND CA 94605.

The court finds that Notice of the Motion upon Lienholder was proper. Lienholder having failed to file timely opposition to Debtor's motion, the court hereby orders as follows:

1. For purposes of Debtor's chapter 13 plan only, the Lien is valued at zero, JP MORGAN CHASE BANK does not have a secured claim, and the Lien may not be enforced, pursuant to 11 U.S.C. [§§ 506, 1123(b)(5) and 1141 / §§ 506, 1322 (b)(2) and 1327].

2. This order shall become part of Debtor's confirmed chapter 13 plan.

3. Upon entry of a discharge in Debtor's chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtor, the court will enter an appropriate form of Judgment Voiding the Lien.

4. If Debtor's chapter 13 case is dismissed or converted to one under another chapter before Debtor obtains a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable non-bankruptcy law, and upon application by the lienholder, the court will enter an appropriate form of order restoring the Lien.

5. Except as provided by separate, subsequent order of this court, the Lien may not be enforced so long as this order remains in effect.

** END OF ORDER **

# COURT SERVICE LIST

Martha Bronitsky
24301 Southland Dr. Suite 200
Hayward Ca, 94540
*Chapter13 Trustee*

Office of the UST/OAK
1301 Clay St. Suite 690N
Oakland Ca, 94612
*U.S. Trustee*

JP Morgan Chase Bank
Attention: Officer or Authorized Agent for Service of Process
3990 S Babcock St.
Melbourne FL 32901-0000
*Secured Creditor Listed on Voluntary Petition*

JP Morgan Chase Bank
Attention: Officer or Authorized Agent for Service of Process
1111 Polaris Pkwy
Columbus OH 43240
*Secured Creditor As Listed with the FDIC*

Yvonne Brown
6941 Outlook Ave.
Oakland CA 94605
*Debtors*