Barbara A. Smart, Esq. SBN: 147719
Smart Legal Services
Barbara A. Smart
22693 Hesperian Blvd., Ste. 210
Hayward, CA 94541

Tel: 510-670-0101
Fax: 510-783-1645

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>**YVONNE BROWN,**<br><br>Debtor. | Case No.: **10-70191**<br><br>Chapter 13<br><br>**NOTICE OF ENTRY OF JUDGMENT VOIDING LIEN OF JP MORGAN CHASE BANK, N.A., AND NOTICE OF OPPORTUNITY FOR HEARING** |

TO JP MORGAN CHASE BANK, N.A.**:**

Please take notice that Debtor YVONNE BROWN ("Debtor") will move the court for an Entry of Judgment Voiding Lien of JP MORGAN CHASE BANK, N.A.**:** in relation to that certain real property located at and commonly referred to as 6941 Outlook Avenue, Oakland, CA 94605.

You have ten (10) days from the date of service of this Notice to request a hearing on the Notice of Entry of Judgment Voiding Lien. Any such request for hearing must: (1) be filed with the Clerk of the Court, located at 1300 Clay Street, Suite 300, Oakland, CA 94612 and be served upon Debtor's counsel, Smart Legal Services, 22693 Hesperian Blvd., Suite 210, Hayward, CA

94541; and (2) be accompanied by any declarations and/or memorandum of law that the requesting party wishes to present in support of its position.

If a request for hearing is timely made, the initiating party shall timely set the matter for a hearing and give at least seven (7) days written notice of the date of the hearing to Debtor, through her attorneys at Smart Legal Services, 22693 Hesperian Blvd., Suite 210, Hayward, CA 94541. If a Request is not timely made, the court may Enter a Judgment Voiding Lien of JP MORGAN CHASE BANK, N.A.

Dated: September 21, 2015                     SMART LEGAL SERVICES


/s/ *Barbara A. Smart*
BARBARA A. SMART
Attorney for Debtor