

Barbara A. Smart, Esq. SBN: 147719
Smart Legal Services
Barbara A. Smart
22693 Hesperian Blvd., Ste. 210
Hayward, CA 94541

Tel: 510-670-0101
Fax: 510-783-1645

Attorney for Debtor

The following constitutes the order of the court.
Signed October 22, 2015



_____
William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re:

**YVONNE BROWN,**

Debtor.

Case No.: **10-70191**

Chapter 13

**JUDGMENT VOIDING LIEN OF JP MORGAN CHASE BANK, N.A.**

On December 17, 2010, this court granted and entered an ORDER VALUING LIEN OF JP MORGAN CHASE BANK FINANCE ("CHASE") which discharged and stripped the unsecured CHASE's second deed of trust against certain property of Debtor YVONNE BROWN ("Debtor") for purposes of this chapter 13 case. That Order was subject to being set aside until Debtor obtained a discharge in this Chapter 13 case. Debtor, having obtained a discharge, the court now therefore enters the following judgment.

The lien of CHASE regarding the property commonly known as 6941 Outlook Avenue, Oakland, CA 94605 and more fully described in Exhibit "A" hereto, and which was recorded in the Official Records of Alameda County, Instrument No. 2007245888 on or about July 3, 2007, is hereby determined to be entirely, permanently, and for all purposes void and unenforceable.

<u>Exhibit "A"</u>

THE FOLLOWING REAL PROPERTY SITUATE IN ALAMEDA AND STATE OF CALIFORNIA, DESCRIBED AS FOLOWS:

THAT PORTION OF THE RANCH SAN ANTONIO CONFIRMED TO YGNACIO PERALTA RECORDS OF SAID COUNTY, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE SOUTHWESTERN LINE OF OUTLOOK AVENUE, DISTANT THEREON SOUTHEASTERLY 50 FEET FROM THE NORTHWESTERN LINE OF THE 0.333 ACRE TRACT OF LAND DESCRIBED IN THE DEED TO CHONA S. HOUX, RECORDED IN BOOK 3026 OF DEEDS PAGE 374, OFFICIAL RECORDS OF ALAMEDA COUNTY, THENCE ALONG SAID LINE OF OUTLOOK AVENUE, SOUTHEASTERLY 50 FEET; THENCE IN A DIRECT LINE SOUTHWESTERLY 155 FEET, MORE OR LESS, TO A POINT ON THE SOUTHWESTERN LINE OF SAID 0.334 ACRE TRACT, DISTANT THEREON SOUTHEASTERN 84 FEET FORM SAID NORTHWESTERN LINE OF THE 0.334 ACRE TRACT; THENCE ALONG SAID SOUTHWESTERN LINE NORTHWESTERLY 42 FEET; THENCE IN A DIRECT LINE NORTHEASTERLY 155 FEET, MORE OR LESS, TO THE POINT OF BEGINNING.

PARCEL ID: 040A-3417-014
PROPERTY ADDRESS: 6951 OUTLOOK AVE.

**\*\* END OF ORDER \*\***

COURT SERVICE LIST