

GEOFFREY E. WIGGS (SBN 276041)
LAW OFFICES OF GEOFF WIGGS
1900 S. Norfolk St, Suite # 350
San Mateo, Ca 94403
geoff@wiggslaw.com
Telephone: (650) 577-5952
Facsimile: (650) 577-5953

Attorney for Debtor

The following constitutes the order of the Court.
Signed: July 12, 2019

_____
**William J. Lafferty, III
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

In re:

**YVONNE D. BROWN**,

    Debtor.

Case No. 10-70191-RN-13

Chapter 13

**ORDER ON MOTION TO REOPEN CASE**

The Debtor filed an Ex Parte Motion To Reopen Case To Allow Motion To Avoid Lien Pursuant To 11 USC 522(F) on July 11, 2019. Debtor seeks to reopen her case to avoid a previously unknown judicial lien.

IT IS ORDERED THAT:

1. Debtor's case is re-opened for the purpose of filing and prosecuting Debtor's Motion for to Avoid Lien Pursuant to 11 USC 522(f). The chapter 13 Trustee is not reappointed.

*** END OF ORDER ***

SERVICE LIST

**\*NONE**