Entered on Docket
October 02, 2019
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



GEOFFREY E. WIGGS (SBN 276041)
LAW OFFICES OF GEOFF WIGGS
1900 S. Norfolk St, Suite # 350
San Mateo, Ca 94403
geoff@wiggslaw.com
Telephone: (650) 577-5952
Facsimile: (650) 577-5953

Attorney for Debtor

The following constitutes the order of the Court.
Signed: October 2, 2019

_____
**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

In re:

**YVONNE D. BROWN,**

           Debtor.

) Case No. 10-70191-WJL-13
)
) Chapter 13
)
) **ORDER GRANTING DEBTOR'S**
) **THIRD MOTION TO AVOID THE**
) **JUDICIAL LIEN ON REAL ESTATE**
) **LOCATED AT 6941 OUTLOOK**
) **AVENUE, OAKLAND, CALIFORNIA**
) **94605 AND CALIFORNIA PINES,**
) **SHASTA VIEW DR. & WILDERNESS**
) **DR., MODOC COUNTY, CALIFORNIA**
) **96101**

     Debtor filed a Third Motion to Avoid Judicial Lien on September 9, 2019. Proper service of the motion was made September 9, 2019. Creditors Hunt & Henriques, Citibank (South Dakota) N.A., and ECAST Settlement Corporation took no action within the required time period.

**IT IS ORDERED AND DECREED THAT**:

1. The Judicial Liens held by ECAST SETTLEMENT CORPORATION, in and on Debtor's properties at 6941 Outlook Avenue, Oakland, California 94605, and at California Pines, Shasta View Dr. & Wilderness Dr., Modoc County, California 96101, entered of record as case number RG09473637 on

May 25, 2010 and recorded in the Official Records of the County of Alameda, California as **document number 20100193288** on July 13, 2010 be and hereby is cancelled.

*** END OF ORDER ***

COURT SERVICE LIST

*NONE